Peter J. Gimino III
pgimino@giminolaw.com
The Gimino Law Office, APC
18101 Von Karman Ave., Suite 300
Irvine, CA 92612
Telephone: (949) 225-4446
Facsimile: (949) 225-4447

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* CHIROPRACTIC CENTER OF LOS ANGELES, and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JENNIFER BOTELHO d/b/a CHIROPRACTIC CENTER OF LOS ANGELES,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**TECHNOLOGICAL MEDICAL ADVANCEMENTS L.L.C.,** a Florida limited liability company,<br><br>*Defendant.* | Case No. 16-cv-08085-SVW-MRW<br><br>**Plaintiff's Notice of Filing of Rule 23(f) Petition to Appeal Order Denying Motion for Class Certification** |

PLEASE TAKE NOTICE that Plaintiff has filed a petition pursuant to Fed. R. Civ. P. 23(f) with the United States Court of Appeals for the Ninth Circuit for permission to appeal this Court's Order Denying Plaintiff's Motion for Class Certification (Dkt. 47). The docket number for the petition is 18-80000. A true and accurate copy of the petition is attached hereto as Exhibit A.

Respectfully submitted,

**JENNIFER BOTELHO D/B/A CHIROPRACTIC CENTER OF LOS ANGELES**, individually and on behalf of all others similarly situated,

Dated: January 9, 2018         By:   /s/ Patrick H. Peluso

One of Plaintiff's Attorneys

Peter J. Gimino III
pgimino@giminolaw.com
The Gimino Law Office, APC
18101 Von Karman Ave., Suite 300
Irvine, CA 92612
Telephone: (949) 225-4446
Facsimile: (949) 225-4447

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

*\*pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned, Patrick H. Peluso, hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on January 9, 2018.

/s/ Patrick H. Peluso

---

Notice of Filing 23(f) Motion for Permission to Appeal
-4-